TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

ON REMAND

NO. 03-92-00518-CV

Office of Public Utility Counsel, Appellant

v.

Public Utility Commission of Texas and Houston Lighting & Power Company, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT

NO. 92-00038, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

PER CURIAM

 Appellant Office of Public Utility Counsel has filed a motion to dismiss this appeal. The motion is granted. Tex. R. App.
P. 59(a)(1)(B).

 The appeal is dismissed.

Before Chief Justice Carroll, Justices Kidd and B. A. Smith

Dismissed on Appellant's Motion

Filed: October 11, 1995

Do Not Publish